

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| LAZY R RANCH, L.P.; HELEN A. MCDANIEL, Individually, and as Trustee of the HELEN WILLIAMS INTER VIVOS TRUST, and as General Partner of LAZY R RANCH, L.P; and JOSEPH WILLIAMS, Individually, and as Trustee of the HELEN WILLIAMS INTER VIVOS TRUST, | § § § § § § | No. 08-13-00281-CV<br><br>Appeal from the<br><br>109th Judicial District Court |
| Appellants, | § | of Winkler County, Texas |
| v. | § | (TC# 15,727) |
| EXXONMOBIL CORPORATION, | § | |
| Appellee. | § § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse the judgment of the court below and remand the cause for further proceedings, in accordance with this Court's opinion. We further order that Appellants recover from Appellee all costs of this appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 14TH DAY OF JANUARY, 2015.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, J., and Ferguson, Judge
Ferguson, Judge, Sitting by Assignment